# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LONNELL SMITH, JR., <br><br>Plaintiff, <br><br>v. <br><br>DARIN BALAAM, et al., <br><br>Defendants. | 3:21-cv-00123-ART-CSD <br><br>**ORDER** <br><br>Re: ECF No. 12 |

Before the court is Plaintiff's Request for Forms "USM-285" and "Rules of Civil Procedure" (ECF No. 12). Plaintiff requests the court send him three (3) USM-285 forms and a copy of the "<u>Rules and Procedures of Civil Procedures</u> governing the U.S. District Civil Court." (*Id.* at 1.)

**IT IS HEREBY ORDERED** that Plaintiff's request for three (3) USM-285 forms is **<u>DENIED</u>** as moot. According to the court's docket, the Clerk's Office sent Plaintiff five (5) USM-285 forms along with instructions on where to send the USM-285 forms once they were filled out by Plaintiff. (ECF No. 9.)

**IT IS FURTHER ORDERED** that Plaintiff's request for a copy of the Local Rules of Practice for the District of Nevada is **<u>GRANTED</u>**. However, the court will not provide a copy of the Federal Rules of Civil Procedure. Plaintiff is advised that he should not expect to receive free copies of court documents and filings as a matter of course. In the future, if Plaintiff wishes to have a copy of court documents and filings, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page for copies.

DATED: April 14, 2022.



UNITED STATES MAGISTRATE JUDGE

1