**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT L. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF WASHOE, *et al.*,<br><br>        Defendants. | 3:21-cv-00123-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 92 |

Before the court is Plaintiff's Motion to Extend Time to File Opposition to Summary Judgment (ECF No. 92).  Defendant Garza has filed a Notice of Non-Opposition (ECF No. 93).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to File Opposition to Summary Judgment (ECF No. 92) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, April 28, 2023**, in which to file an opposition to Defendant Garza's Motion for Summary Judgment (ECF No. 89).

DATED:  April 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1